DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARY J. RODRIGUEZ** and **OSCAR RODRIGUEZ,**
Appellants,

v.

**MIGUEL PEREZ, M.D., WESTCHESTER GENERAL HOSPITAL, INC.,**
d/b/a **SOUTHERN WINDS HOSPITAL, THE WAVE CONDOMINIUM
ASSOCIATION, INC., ATLANTIC & PACIFIC ASSOCIATION
MANAGEMENT, INC., LOURDES DIAZ,** and
**NEW AGE ADULTCARE, INC.,**
Appellees.

Nos. 4D18-609 & 4D18-1547

[April 18, 2019]

Consolidated appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case Nos. CACE 15-009343 (08) and CACE 17-006058 (08).

Bard D. Rockenbach of Burlington & Rockenbach, P.A., West Palm Beach, Kenneth J. Sobel of Sobel Legal, Fort Lauderdale, and Neal W. Hirschfeld, Marc E. Schwartz and Bradley A. Ross of Greenspoon, Marder, P.A., Fort Lauderdale, for appellants.

Dinah Stein and Patrick H. Todd of Hicks, Porter, Ebenfeld & Stein, P.A., Miami, for appellees Miguel Perez, M.D. and Westchester General Hospital, Inc., d/b/a Southern Winds Hospital; Rolando Diaz of Diaz Law Group, Miami, for appellee Miguel Perez, M.D.; Paul A. Milberg of Quintairos, Prieto, Wood & Boyer, P.A., Fort Lauderdale, for appellee Westchester General Hospital, Inc., d/b/a Southern Winds Hospital.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CONNER, J., and METZGER, ELIZABETH A., Associate Judge, concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*